IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARION CHAPEL,

    Plaintiff,
v.                                CASE NO. 1:21-cv-72-AW-GRJ

MAYO CORRECTIONAL
INSTITUTION, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate presently confined at Florida State Prison, initiated this case by filing a handwritten complaint concerning the conditions of confinement at Mayo Correctional Institution. ECF No. 1. Plaintiff failed to use this Court's form for his complaint. Pursuant to Fla. N.D. Loc. R. 5.7(A), "[t]he Court need not—and ordinarily will not—consider a petition, motion, or complaint that is not filed on the proper form." Further, Plaintiff failed to either pay the filing fee or move for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

The Court ordered Plaintiff to file an amended complaint on the Court's form and file a complete motion for leave to proceed as a pauper

on or before May 21, 2021.  ECF No. 3.  When Plaintiff failed to comply, the Court ordered him to show cause on or before June 17, 2021, as to why this case should not be dismissed.  The Court warned Plaintiff that failure to respond would result in a recommendation that this case be dismissed without further notice.  ECF No. 8.  As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**  this 29th day of June 2021.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**