# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DARION CHAPEL,

    **Plaintiff,**

v.                                               Case No. 1:21-cv-72-AW-GRJ

MAYO CORRECTIONAL
INSTITUTION, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 29, 2021 report and recommendation. ECF No. 9. Plaintiff filed timely objections, ECF No. 10, which I have considered de novo.

Plaintiff has plainly not complied with the court's order. In his objection, he says he did not receive the June 17 order, but there was no June 17 order—June 17 was the deadline in the May 27 show-cause order (ECF No. 7). When that deadline passed with no action, the magistrate judge recommended dismissal. Plaintiff has had ample opportunity to comply, and his failure to do so warrants dismissal without prejudice.

I now adopt the report and recommendation (ECF No. 9) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed

without prejudice based on Plaintiff's failure to comply with a court order." The clerk will then close the file.

SO ORDERED on August 6, 2021.

s/ *Allen Winsor*
United States District Judge